813 F.2d 402
 Mattox (Conrad B., Jr.), Barker (S. Keith), Heislup (Julian
D., Sr.), Dixon (Linda L.)
v.
Town of Colonial Beach, Virginia, Denson (Bernard George),
Fenwick (Gloria T.), Syndor (Edna C.), Rogers
(Thomas B.), Anderson (John A.), Dunn
(Josef W.), Perry (Marty J.),
Bernard (Leroy H.)
 NO. 85-1128
 United States Court of Appeals,
Fourth Circuit.
 NOV 06, 1986
 
 1
 Appeal From: E.D.Va.
 
 
 2
 REVERSED AND REMANDED.